# Appendix   N

```
1                                                    2 99

2     SUPERIOR COURT OF THE STATE OF NEW YORK

3          COUNTY OF WESTCHESTER
      ---------------------------------------X
4
      THE PEOPLE OF THE STATE OF NEW YORK,
5
                                   Ind. No. 478D/03
6
                -against-          TRIAL TESTIMONY
7
                                   Sessler,  Davaloo
8     SHEILA DAVALLOO,

9                          Defendant.
      ---------------------------------------X
10

11                          February 9, 2004

12                          Westchester County Court
                            111 Dr. Martin Luther King Blvd.
13                          White Plains, New York 10601

14
      B E F O R E :
15
                THE HONORABLE THOMAS DICKERSON,
16
                                   Justice, County Court
17

18    A P P E A R A N C E S :
      For the People:
19         THE HONORABLE JEANINE A. PIRRO,
           District Attorney, Westchester County
20         By:  DANIEL SCHORR, ESQ.
                Assistant District Attorney
21

22    For the Defendant:
           By:  THEODORE BRUNDAGE, ESQ.
23
                               C.M. Giustiniani,
24                             Senior Court Reporter

25
```

1                                                           334

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22      S H E I L A    D A V A L L O O, a witness called on behalf

23      of the Defendant, after having first been duly sworn by the

24      Clerk of the Court, took the witness stand and testified as

25      follows:

cmg

```
 1                    Davalloo - Direct - Defense          335

 2    DIRECT EXAMINATION

 3    BY MR. BRUNDAGE:

 4        Q    I'm going to ask you to keep your voice up nice

 5    and loud so everyone can hear you.  If I ask you a question

 6    and you don't understand, please let me know and I will try

 7    to rephrase it more clearly.

 8        A    Surely.

 9        Q    I call your attention to the weeks before March

10    23, '03.  Can you describe to me what your life was like in

11    the weeks before March 23.  Let's just take the two or three

12    weeks before March 23?

13        A    Sure.  As I recall my husband kind of described

14    life was pretty erratic.  I -- and it dates back to even

15    previous to, you know, it kind of started in previous to

16    2003, but I was not functioning 100%.  I was normally if I

17    can say so myself a star employee, and I was taking

18    advantage of my position at the company, not functioning

19    100%, not responding to my e-mails.  Basically not working

20    at all.  And I was extremely, extremely depressed.

21             I have had depression since I was 15, but I have

22    known depression for a long time and have dealt with it in

23    various ways, but this was -- I was hitting an absolute

24    bottom.

25        Q    Now you said that you were a star in your own
```

1                    Davalloo - Direct - Defense        336

2    words.  You were a star at work and you were taking

3    advantage of that status.  Were you goofing off at work?

4         A    Well goofing off, I'm not sure what you mean by

5    goofing off.  I was doing what I physically could, but it

6    was very little.

7         Q    Well your husband described you going home --

8         A    Yeah.

9         Q    -- to take care of the dogs -- let me finish my

10   question.  Going home to take care of the dogs at lunch time

11   and taking a nap during that time; that's what I mean by

12   goofing off.

13        A    Many hours throughout work I would miss many

14   hours of work.  They could attest to it, obviously, in work

15   because we had, you know, swipes at work which tracks all

16   our comings and goings.  And I was going more than coming to

17   work which was absolutely the opposite of what I, you know,

18   normally would do.  I was normally 100% dedicated to work.

19   I moved up the chain of ladder.  You know, I just was

20   performing so well.  And then in the past year prior to the

21   incident with Paul I was not doing much.

22        Q    What about at home, how were you functioning at

23   home?

24        A    Again like Paul had mentioned I was not doing

25   much.  I was at home responsible for everything because

1                    Davalloo - Direct - Defense          337

2     Paul -- not because Paul wouldn't, but I wanted to be

3     responsible for everything.  I was always on top of

4     everything.  I was the person paying all the, you know, the

5     bills.  I was responsible for paying the mortgage and I was

6     responsible for shopping and cooking and cleaning.  And

7     months prior I, as Paul had mentioned, I couldn't do

8     anything.  Even paying the bills he mentioned I couldn't pay

9     the mortgage in the sense that he would bring me my

10    checkbook and tell me to sign it and then he would do the

11    rest for me.  He would fill out the, all other necessary

12    information because I just couldn't.

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5        Q       What were the medications and what was your

6    understanding of their purpose?

7        A       Well obviously I knew what the purpose was.  The

8    purpose was, you know, if you are in pain they are

9    prescribed as needed.  They are called PRN or take it as you

10   need it, but they are very serious, you know, opioids.  And

11   I know exactly what -- I work in the pain management field.

12   But when I first started taking them, you know, it felt

13   good.  I started, it gave me a huge lift.  And during those

14   months where I had severe lows I would continue to take

15   them, and they are basically Valium, Dilaudid and I had a

16   slew of other medications at home.

17       Q       I want you to slow down.  Tell us what the names

18   of the medications are and spell them for the reporter if

19   you would.

20       A       Vicodin, V A C O D I N, was -- I had that was

21   what was originally prescribed.  And Dilaudid, D E L U D I

22   D.  And although my surgery in this surgery they severed

23   three nerves in my back, upper thorax and because of it some

24   people had severe pain and some people don't have that much

25   pain.  So they give people a, like as much as, pretty much

```
 1                    Davalloo - Direct - Defense        339
 2    as much as they want.  And I was really using that.  Vicodin
 3    and Dilaudid I was using regularly.
 4            I had been taking maybe up to 15, 20 pills of
 5    Vicodin sometimes a day and others, I had other medications
 6    at home.  I had Valium that I would take regularly.  I had
 7    Zanax that I would take regularly.  I had Percocet I had
 8    bought over the entire -- I had a box full of medications at
 9    home.
10       Q    These were prescribed and unprescribed?
11       A    That's correct.
12       Q    I want you to slowly take us through what you
13    would feel and what medication you would take in response to
14    it.
15       A    Well you know the long hours of sleeping that
16    Paul had mentioned were probably due to Valium, excessive
17    use of Valium.  The bouts of energy that that weekend as
18    Paul mentions, we mentioned we had a great weekend.  I mean,
19    ironic that it would happen like this, but that weekend I
20    had taken a chunk full of Valium because it's very uplifting
21    when you are, you know, emotionally -- when you just can't
22    do anything, Valium -- I'm sorry, Vicodin, Vicodin would
23    give me a huge lift.  And I had enough Vicodin to last me
24    for a while.  And if I would run out, I had no worries
25    because I could both get them over the Internet and I had
```

1                    Davalloo - Direct - Defense          340

2      lots of friends who were pharmacists like, for example,

3      Nelson.

4           Q      What did you -- did you say for example Nelson?

5           A      Well yeah he's a pharacist.

6           Q      Did he get drugs for you?

7           -

8

9

10

11          Q      So the question is did he?

12          A      No, he didn't get them for me.

13          Q      What was it that you felt after you took the

14     Vicodin, what was it that you experienced?

15          A      Vicodin is, you know, I can't even explain it.  I

16     mean, I would be feeling withdrawn and not interested in

17     anything not even interested in Paul or you know my dogs.

18     And then all of a sudden I would take Vicodin and you know I

19     would suggest let's -- Paul, let's you and I go with the

20     dogs and take a walk in the park, you know.

21              I mean it was just something that I couldn't do

22     otherwise and Vicodin was for me was wonderful, you know, it

23     was.  I, you know, I would be kind of cured.  You know, I

24     would be healthy.  I guess it's a high.  It's a high and I

25     was experimenting with it.

                              Davalloo - Direct - Defense          341

2      Q      This occurred on the weekend of March 23?

3      A      Oh, absolutely.

4      Q      Did it occur other times before?

5      A      Oh, definitely, definitely.

6      Q      Now let's turn to the conversation that you had

7    with Detective Carpentier.  Why did you tell the detective

8    that whole long story about Paul coming home injured?

9      A      I was very scared.  I was in their cell for I

10   think an hour and a half, two hours and you know, nobody

11   would talk to me.  I knew Paul was injured, but I didn't

12   know what it was.  I didn't know how bad it was and, nobody

13   would explain anything to me.

14            I remember the head of the precinct coming and

15   saying does she know even why she is here after the first

16   hour because I didn't know why I was there.  And I was

17   confused.  And I was very scared, and then you know kind of

18   afterward relieved that I could actually speak to the

19   detective more openly and honestly.

20     Q      Well but you didn't speak openly or honestly, you

21   told an hour long lie; why?

22     A      Just out of ignorance and being scared.

23     Q      Now there came a time when the detective made you

24   aware that she had spoken to Paul and he had disclosed the

25   game and other events?

1                    Davalloo - Direct - Defense          342

2          A     Right.

3          Q     And you changed your story at that time; why was

4     that?

5          A     I was like I said I think I was relieved to talk

6     to her about the story.  I was relieved that she knew and

7     you know, I could talk to her now.

8          Q     Well who were you protecting about the game?

9     Were you protecting Paul from the game?

10         A     I was, I don't know, I'm not sure who I was

11    protecting.  I mean, in the beginning maybe Paul was very

12    embarrassed about the thing.  It's an embarrassing

13    situation.  We are very otherwise normal people, you know,

14    and it's just something that, you know, I didn't think you

15    talk about.  And when the detective started coming out with

16    it, I thought great she knows and I can talk to her now.

17         Q     As you sit here now, Sheila, do you have any

18    recall of actually stabbing Paul in the house?

19         A     I don't have a recollection.  I never have had a

20    recollection of physically the knife penetrating flesh.  I

21    do recall picking up the knife.  I mean, obviously, I did

22    it, but I don't recall the actual stabbing, no.

23         Q     Tell me about picking it up; what do you recall

24    about that?

25         A     Well we were playing a game and you know a lot of

```
 1                    Davalloo - Direct - Defense        343
 2   objects were being retrieved.  And the knife was, this is a
 3   knife that's always sitting there on our kitchen counter by
 4   the fruit basket.  It's not a knife that you scrounge around
 5   looking for.  It's always sitting there, and I picked it up.
 6   You know, I have no ill feelings towards Paul, you know.  We
 7   weren't fighting.  I just, I do recall picking it up.
 8   That's about it.
 9        Q    In comments that you made to someone you
10   described in your mind seeing yourself doing this.  Do you
11   recall making that statement?
12        A    Yeah.  I blacked out.  I had a vision of a black
13   vision of a person, it was like dejavou or a premonition,
14   you know.  You see somebody pick up a knife and you are
15   watching that person do it, but I know after the fact that
16   that person was me.  You know, I knew, you know, but it was
17   at first it was like a black vision.  It's very vague.
18        Q    Do you remember taking the knife to the hospital?
19        A    I don't remember taking the knife to the
20   hospital.
21        Q    But you realized, of course, now that you did?
22        A    Yes, yes.
23
24
25        Q    What recall do you have of the events at the
```

1                    Davalloo - Direct - Defense        344

2    hospital?

3         A     Well a lot of things that I remember from the

4    hospital -- I mean, it's blurred with the things that I have

5    read through reports.  Maybe I remember a struggle.  I'm not

6    sure why.  I think at the hospital it was more erratic than

7    ever, and I mean I should have been relieved because he's

8    finally where he should be, but I just sensed a lot of

9    confusion and all I can remember is extreme confusion.

10              I remember somebody calling 911 and I remember

11   sitting with him.  I don't remember him being mad at me.  I

12   don't remember me being mad at him, but I do recall some

13   sort of struggle maybe.

14        Q     Do you remember him urging you or suggesting to

15   you that you should just go home and get away from the

16   situation?

17        A     Yes.  That's when I was sitting at the curb I

18   think that's the time where -- that's the only time I

19   remember that he was, he was definitely wanting me to leave

20   the scene for some reason.  I think --

21        Q     Go ahead, I'm sorry?

22        A     I think just to, you know, he was out of the

23   goodness of his heart he just wanted me to be safe or

24   whatever, you know.

25        Q     Are you participating in therapy now?

1                      Davalloo - Direct - Defense          345

2         A     Yes, I'm well this past week has been hard, but

3    I'm very active in therapy.  I have been in therapy for a

4    year.  I have been very fortunate to have very good doctors,

5    caring doctors at the hospital and I am seeing a therapist

6    three times a week.

7         Q     What is your understanding of what you are being

8    treated for now?

9         A     I don't know.  I know for severe depression I

10   have been since all of this has happened.  Fortunately, I

11   have been diagnosed with bipolar disorder in the hospital

12   and in addition to that I have been very fearful of my

13   conduct so I have expressed, you know, I don't want anybody

14   to be afraid of me and I have expressed that to my doctor.

15   And he had put me on a specific medication that he said is

16   preventive for --

17        Q     What is the medication that you are on?

18        A     I'm on well right now I'm on five different

19   medications.

20        Q     Slowly and spell them, please?

21        A     Klonopin which is I'm very used to.  I actually

22   had that at home.  They call it a chill pill.  I'm on that

23   for two weeks of this trial.  I'm on an antidepressant

24   called Welbutrin.  In addition I have been given a second

25   anti-depressant.  I don't know the name of it, but it's an

1

2   SSRI.  I'm on Tegretol.  Tegretol, T E G R E T O L, I

3   believe, for bipolar and I'm on Respirdol, R E S P I R D O

4   L, I believe.  Respirdol approximately spelling is that as

5   well.  That's five.

6       Q     Did you intend to kill your husband on March 23,

7   2003?

8       A     Absolutely not.  I mean as far as I, my

9   recollection serves me, I, you know the world's a better

10  place with Paul in it and I know that and have always known

11  that.  I have known that for ten years.  I would never harm

12  him.

13              MR. BRUNDAGE:  No further questions, your

14              Honor.

15  CROSS-EXAMINATION

16  BY MR. SCHORR:

17      Q     Prior to March 23 you were obsessed with Nelson

18  Sessler, right?

19      A     No.

20      Q     No?

21      A     We had a sexual relationship and that's about it.

22      Q     Well you met with Dr. Lewittes, right, on June 16

23  and June 18?

24      A     I don't recall the exact dates, but I have met

25  with Dr. Lewittes numerous times.

1                    Davalloo - Cross - People            347

2          Q      Okay and you told him in your own words that you

3    were, quote, "obsessed" with a man from work, right?

4          A      I don't recall telling him that.  I know maybe it

5    was a sexual obsession.

6          Q      So it may have been an obsession?

7          A      I, now looking at it, I don't think so, but.

8          Q      Well my question to you is did you use the word

9    obsessed when you talked to Dr. Lewittes in June of 2003?

10         A      I don't recall.

11         Q      Well would that not be accurate to say that you

12   were obsessed with Nelson Sessler?

13         A      Pure obsession would be inaccurate, that's

14   correct.

15         Q      Can you say that you are sure you did not use

16   that word?

17         A      I wouldn't use that word because I don't think

18   I'm obsessed, I never thought I was obsessed with him.

19         Q      You thought of him?

20         A      In fact I would get tired of Nelson very easily.

21   After a day with him he's very disorganized, very all over

22   the place.  I would get very tired of him very quickly.

23         Q      Well you thought about him a lot, right?

24         A      I thought about him, yeah, because I worked very

25   closely with him, yeah.

```
 1                    Davalloo - Cross - People          348
 2         Q      So my question now to you is do you recall saying
 3    to Dr. Lewittes that you were obsessed with Nelson Sessler?
 4         A      I don't recall that, no.
 5         Q      Okay, to refresh your recollection I would like
 6    to show you the report that I was handed by the defense from
 7    Dr. Lewittes.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24         A      Uhmm, this says that I guess if he put it in
25    quotes he means I said it.
```

                          Davalloo - Cross - People            349

1

2        Q      Well did you say it?

3        A      I don't recall, no.

4        Q      You don't recall?

5        A      No.

6        Q      But are you disagreeing with the fact that you

7    said it?

8        A      I just never thought of myself of obsessed with

9    HIM because I kept getting tired of him.

10              MR. SCHORR:  All right I will take that back.

11       Q      Now prior -- let's talk about March 23 a little

12   bit and prior to March 23.  You and Paul, your relationship

13   was not perfect; would that be fair to say?

14       A      That's fair to say.

15       Q      And at times he would leave the home and sleep

16   with his parents or sleep at a hotel, right?

17       A      Right.

18       Q      And this was because you were having problems

19   with your marriage, right?

20       A      No, that's because I was having an affair.

21       Q      So there were no problems with your marriage?

22       A      Yeah, like I said in my earlier -- in your first

23   question there were probably problems because we were

24   distant and living separate lives so to speak.

25       Q      Okay and you wanted Paul to get a divorce, right?

```
 1                    Davalloo - Cross - People          350
 2          A     No, we had talked about getting a divorce and
 3   going our separate ways.
 4          Q     You had talked about divorce?
 5          A     Yes.
 6          Q     So, obviously, there were problems if you are
 7   talking about divorce, right?
 8          A     Yeah, I think I said we were having some
 9   problems.
10          Q     Okay, and you told Paul that your brother was
11   coming to stay at your place?
12          A     That's right.
13          Q     And in fact Nelson was coming over to stay?
14          A     That's right.
15          Q     And this was on many occasions, right?
16          A     Many occasions.
17          Q     So when you told Paul that your brother was
18   coming over, that was in fact a lie, right?
19          A     Absolutely.
20          Q     And when Nelson was coming over you told Nelson
21   that you were not married, right?
22          A     Right, I told Nelson I was divorced.
23          Q     Right, and you hid all indications that you had a
24   husband in your home, right?
25          A     Paul didn't have a lot of belongings.  Everything
```

```
 1                     Davalloo - Cross - People          351
 2   in the house was mine and we hadn't gotten our wedding
 3   pictures.  Ironically, we got our wedding pictures just a
 4   week before this incident.  So we didn't have a lot of
 5   pictures.  Like Nelson said there was one picture of Paul on
 6   the wall and that was left like that.
 7        Q     But you got rid of that picture?
 8        A     No, that was always left; that's when Nelson
 9   mentioned he had seen it.
10        Q     Okay so you never asked Paul to remove any
11   belongings or any photos in order to hide the fact that he
12   was living there when Nelson came over?
13        A     Not photos.  I think Paul would remove some of
14   the belongings out of his bathroom out of respect because he
15   didn't want my brother, my brother to see that I was living
16   with somebody else because my brother has never met Paul and
17   vice versa.
18        Q     You didn't want Nelson to know you were living
19   with someone else, right?
20        A     No, absolutely not.  It was an affair.  It was
21   very, you know, I told Nelson I was divorced.
22        Q     That was a lie?
23        A     Absolutely.
24        Q     All right.  Now I'm going to ask you a little bit
25   about March 23, 2003.  You are saying that you don't
```

```
 1                    Davalloo - Cross - People           352
 2   remember everything about the incident?
 3        A     I remember, you know, picking up the knife.  I
 4   remember again having listened to that, listened to that
 5   riveting videotape for six hours, I remember a lot has come
 6   back to my recollection.  But very little, you know, is
 7   clear to me as to why and why us and all that stuff.
 8        Q     Isn't it actually a fact that you remember every
 9   detail about the incident?
10        A     No.  I remember exactly what I have said so far.
11        Q     So it's not true that you remember every detail
12   about the incident?
13        A     It's absolutely not true that I remember every
14   detail.
15
16
17
18
19
20
21
22
23
24
25
```

1                    Davalloo - Cross - People              353

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    Davalloo - Cross - People            354

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19          Q     Let me play you a portion of People's 3 --

20     sorry -- 207.

21                (People's Exhibit 207 played in open court.)

22          Q     Is that your voice on the tape?

23          A     That's my voice.

24          Q     Thank you.  That's a conversation you had with

25     Nelson Sessler?

```
 1                    Davalloo - Cross - People          355

 2        A    Right, he was --

 3        Q    I'm just asking you there was a conversation?

 4

 5

 6

 7

 8

 9

10

11

12

13        A    Yes, that's a conversation I had with Nelson.

14        Q    That's your voice, right?

15        A    That's my voice.

16             MR. SCHORR:  I would like to move this into

17        evidence as a prior inconsistent statement

18        People's 207?

19

20

21

22

23

24

25
```

1              Davalloo - Cross - People           356

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q     Not only do you remember every incident, you did

21 this because you were thinking about Nelson Sessler when you

22 stabbed your husband, right?

23      A     I don't remember the incident.

24      Q     You don't remember stabbing Paul?

25      A     I don't remember stabbing Paul.  I'm under oath

2    now.  When I spoke to Nelson --

3         Q     I'm not asking you about your conversation with

4    Nelson?

5         A     Well, okay.

6         Q     When you stabbed Paul you were thinking of

7    Nelson, right?

8         A     Not at all.

9         Q     Not at all?

10        A     No.

11        Q     Not even the slightest bit?

12        A     Not at all.

13        Q     No?

14        A     No.

15        Q     When you drove him to the hospital you were

16   thinking of Nelson, right?

17        A     No.

18        Q     Not at all?

19        A     No.

20        Q     Well in between the time when you were stabbing

21   your husband and driving to the hospital, then you were

22   thinking of Nelson, right?

23        A     I don't think I was thinking.

24        Q     Okay, well isn't it true that you placed a phone

25   call to Nelson Sessler's phone while your husband was

                          Davalloo - Cross - People          358

2    stabbed and bleeding in your home?

3         A    It's possible because Nelson was going to come

4    over that night or he said --

5         Q    That's not my question.  My question is did you

6    place a call to Nelson Sessler while your husband was

7    stabbed and bleeding in your home?

8         A    I don't specifically remember, but if records say

9    I did, I must have.

10        Q    I'm not asking you what the records say.  I'm

11   asking if you remember calling Nelson Sessler?

12        A    I do not remember.

13             MR. SCHORR:  Your Honor, to refresh the

14             witness' recollection, I would like to show

15             People's 196 for identification.

16        Q    If you could just take a look at this for a

17   moment.  That's a photo of your cell phone, right?

18        A    That's correct.

19        Q    Your cell phone allows you to look at previously

20   made calls, correct?

21        A    Right.

22        Q    This is a photo of a previously made call on your

23   cell phone, correct?

24        A    That's correct.

25        Q    This is a fair and accurate representation of

```
  1                    Davalloo - Cross - People         359

  2    what your cell phone looks like, right?

  3         A      That's right.

  4         Q      It says that a call was placed to Nelson, right?

  5         A      That's right.

  6         Q      And it lists the number that he had as his phone

  7    number on that?

  8         A      That's right.

  9         Q      It says date March 23, 2003, correct?

 10         A      Correct.

 11         Q      It states the time is 4:59 p.m., correct?

 12                (Witness nodding affirmatively.)

 13         Q      This is between the time you stabbed Paul and the

 14    time that you drove him to the hospital, right?

 15         A      I'm not sure.

 16         Q      Well what time did you stab him approximately?

 17         A      I'm not sure.

 18         Q      Okay.  Would you agree it was approximately 4:30

 19    p.m?

 20         A      I can't agree.  I'm not sure.

 21         Q      Was it at 3:00 a.m. in the morning?

 22         A      That I know it wasn't.

 23         Q      Was it at noon?

 24         A      It must have been afternoon.

 25         Q      How later afternoon?
```

1                    Davalloo - Cross - People          360

2          A     I'm not 100% sure.

3          Q     Okay, well what time did you drive him to the

4     hospital?

5          A     Oh, I have no idea.

6          Q     Was it at midnight?

7          A     Definitely not midnight.

8          Q     Was it 11:00 p.m?

9          A     In the evening?

10         Q     Yeah?

11         A     No, definitely not.

12         Q     It was still daylight outside?

13         A     It was daylight.

14         Q     This is in March, so?

15         A     Yes.

16         Q     So approximately six, 7:00 it gets dark?

17         A     Yes.

18         Q     You drove him to the hospital before six or 7:00

19    right?

20         A     Before six or seven, yes.

21         Q     So this call which says 4:59 would have been

22    placed before you drove him to the hospital, right?

23         A     Before I drove him?  Yeah, it's possible.

24         Q     It's possible, but you have no recollection of

25    calling Nelson Sessler?

```
 1                    Davalloo - Cross - People          361

 2        A     I don't.

 3        Q     But you were not even thinking of Nelson Sessler?

 4        A     I wasn't.  I was thinking of Paul at the time.

 5        Q     You were thinking of Paul when you called Nelson

 6   or when you stabbed him?

 7        A     No, I was thinking of --

 8              MR. BRUNDAGE:  Objection just as to form.

 9              She indicated she doesn't recall calling Nelson,

10              so the question is inappropriate as to form.

11              MR. SCHORR:  She said she was thinking of

12              Paul.  I'm asking when she was thinking of Paul.

13        A     I was thinking of Paul and how you know I could

14   help him I guess.

15        Q     Right I'm asking you when when you say you were

16   thinking about how you could help him, is that while you

17   were stabbing him or was that while you were calling your

18   boyfriend while he was bleeding?

19        A     Time is unclear.  I was thinking of when I was

20   driving him to the hospital, obviously, I was thinking of

21   him.  He says I was looking at him through the mirror all

22   the time asking him if he's okay.  I was thinking of Paul.

23        Q     You were thinking of Paul when you were driving

24   him to the hospital?

25        A     That's right.
```

                              Davalloo - Cross - People          362

1

2       Q       Because you love him?

3       A       I love him a lot.

4       Q       Were you thinking of him when you stabbed him in

5   the home?

6       A       I don't think I was thinking.

7       Q       Okay.

8       A       I, mean if I was thinking I have no reason to

9   stab Paul, no reason at all?

10      Q       Were you thinking of him when you called your

11  boyfriend while he was bleeding from the stab wounds you

12  gave him?

13

14

15

16

17

18

19

20

21

22      A       Sure.  What's the question?

23      Q       Were you thinking of Paul when you called Nelson?

24      A       I don't remember calling Nelson, but I mean if he

25  was coming over and you know maybe I said, maybe I was going

```
1                    Davalloo - Cross - People          363

2    to tell him, you know, that --

3         Q       Maybe you were going to tell him what?

4         A       That I, don't come over, you know, I'm not going

5    to be home.

6         Q       You might have called Nelson to say don't come

7    over?

8         A    I may have.  I don't recall calling him.

9                    MR. SCHORR:  If I could have one moment, your

10                   Honor.

11        Q    Do you remember meeting with Dr. Alan Tuckman in

12   August?

13                   THE COURT:  What's that name again?

14                   MR. SCHORR:  Tuckman, T U C K M A N.

15        A    I do remember meeting him.

16        Q    Do you recall telling Dr. Tuckman, quote, "I

17   called Nelson because he was supposed to come over that

18   evening"?  Do you remember saying that to Dr. Tuckman?

19        A    I guess I must have said that to him, and it

20   makes sense if he was supposed to come over that evening

21   that I called him to tell him I won't be home.

22        Q    Well you met with Dr. Tuckman in August, right?

23        A    Right.

24        Q    I understand you are saying the events of March

25   23 are a little hazy, but August 20 or in August you were at
```

```
 1                    Davalloo - Cross - People          364

 2    Dr. Tuckman's office, right?

 3         A     Yes.

 4         Q     This is about five months later, right?

 5         A     Yes.

 6         Q     So things were clearer in August, right?

 7         A     But August is also five months ago.  What I told

 8    him is what I told him and it's documented.  I'm not -- I

 9    don't remember it.

10         Q     You don't remember if you told Dr. Tuckman that

11    you had called Nelson on March 23?

12         A     No.

13              MR. SCHORR:  Your Honor, I would like to show

14              the witness for possible memory recollection page

15              6 of Dr. Tuckman's report which has been given to

16              the defense previously.

17              THE COURT:  You are marking it as what?

18              MR. SCHORR:  I ask her to look particularly

19              at the end of the first paragraph.

20         A     This is, sounds like something I may have said.

21         Q     What sounds like something you may have had said?

22         A     This sentence that -- you want me to read -- "I

23    called Nelson because he was supposed to come over that

24    evening.  He had called me earlier to say he was on his way

25    and would stop by."
```

```
 1                    Davalloo - Cross - People         365

 2        Q      That sounds like something you may have said?

 3        A      Yeah.

 4        Q      That sounds like something you may have said

 5   because you did call Nelson, right?

 6        A      Well I mean I don't remember calling him, but if

 7   you are saying I called him, I did.

 8        Q      Why did you tell Dr. Tuckman you called Nelson if

 9   you never called Nelson?

10        A      I don't remember having called him.  It was just

11   so much going on.

12        Q      If you don't remember calling him, why did you

13   tell Dr. Tuckman that you called him?

14        A      Because I thought maybe I probably might have

15   called him because he was coming over that evening.

16        Q      Why did you think you might have called him?  You

17   don't remember; why would you think you might have called

18   him?

19        A      I don't know.

20        Q      You have no recollection as you said of calling

21   Nelson, right?

22        A      I have no recollection of calling him that day.

23        Q      Did Dr. Tuckman ask you if you called Nelson?

24        A      I don't think so.

25        Q      Right, you brought that up on your own with
```

1

2    Dr. Tuckman in August, right?

3         A     It's possible.

4         Q     Well how else did he find out that you called

5    Nelson?

6         A     I must have told him.

7         Q     You must have told him.  Did anyone else tell

8    him?

9         A     No.

10        Q     So you told him?

11        A     Yes, I, it sounds like I did.

12        Q     And you told him because -- well why did you tell

13   him you called Nelson if you don't remember calling Nelson?

14        A     Well it was five months ago.  I don't remember

15   having told him that, and I don't remember having called

16   Nelson.

17        Q     So your testimony here is that you don't recall

18   calling Nelson March 23, and you also don't remember telling

19   Dr. Tuckman in August that you called Nelson on March 23?

20        A     No, I don't remember.

21        Q     Now you mentioned a dark figure that went along

22   with you not remembering things from March 23, right?

23        A     It didn't go along with me not remembering things

24   at all.  It just -- I just -- that's what I remember is a

25   dark figure.

```
 1                 Davalloo - Cross - People          367
```

2     Q     Was this dark figure in Dr. Tuckman's office for

3  the portion of his conversation you don't remember?

4     A     No.  The dark figure has nothing to do with not

5  remembering.

6     Q     Okay?

7     A     It's just that it has been -- time has lapsed

8  since then, and I don't remember everything I said.

9     Q     Now isn't it true that not only were you thinking

10 of Nelson and calling Nelson right after you stabbed Paul,

11 but you had done all this because you were thinking with

12 your heart, right?

13    A     I was thinking with my heart?  What does that

14 mean?  I'm not sure what that means, I'm sorry.

15               MR. SCHORR:  Your Honor, I would like to show

16               the witness another tape which I'm marking as

17               People's 207.

18               THE COURT:  That has already been marked.

19               MR. SCHORR:  208 then.

20    Q     You are saying the stabbing of Paul had nothing

21 to do with romantic feelings for anyone else, right?

22    A     That's correct.

23    Q     Not even in the slightest bit, right?

24    A     That's correct.

25               MR. BRUNDAGE:  I'm sorry, just for the record

1                    Davalloo - Cross - People              368

2

3

4

5

6

7

8

9

10

11       Q      Okay well so your testimony is the fact that you

12   called Nelson or the fact that you stabbed your husband had

13   nothing to do with romantic feelings with Nelson?

14       A      No, because if I had romantic feelings for Nelson

15   I would have just instantly left my husband.  I mean, I was

16   supporting Paul.  I didn't -- I could have easily left him.

17       Q      So that had nothing to do with romance or

18   feelings of the heart or anything like that?

19       A      If I had romantic feelings for Nelson, I would

20   have left my husband.

21       Q      Okay.

22              MR. SCHORR:  I would like to play a portion

23              of People's 208 and ask you if you recognize

24              this.

25              (People's Exhibit 208 played in open court.)

```
 1                        Davalloo - Cross - People          369

 2        A       I'm sorry, I don't hear my voice.

 3                MR. SCHORR:  Okay, let me rewind and bring it

 4                closer to you.

 5                (People's's 208 played again.)

 6        Q       Do you hear yourself saying I do everything with

 7   my heart and that's why I'm in this mess?

 8        A       I heard something like that, yeah.

 9        Q       That's your voice saying that, right?

10        A       I don't know what that means, though.

11        Q       You said it, right?

12        A       I said it, yes.

13        Q       You don't know what it means, but you said it,

14   right?

15        A       I said it and I don't know what it means.  It

16   sounds funny.

17                MR. SCHORR:  I would like to move that into

18                evidence, your Honor, as People's 208.

19                MR. BRUNDAGE:  What date was that purportedly

20                recorded?

21                MR. SCHORR:  June 13.

22

23

24

25
```

```
 1                    Davalloo - Cross - People            370
 2                    MR. SCHORR:  I would also like to move in
 3              People's 196 which is the photo of the cell phone
 4              with the call to Nelson Sessler.  Any objection?
 5                    MR. BRUNDAGE:  Without conceding that it is
 6              correct, I don't object to its admissibility.
 7                    THE COURT:  Okay.
 8                    (People's Exhibit 196 and 208 marked in
 9              evidence.)
10        Q     You went to White Plains High School, right?
11        A     I grad -- I did go for a short period, yes.
12        Q     You got a BA in biochemistry at Stony Brook?
13        A     That's right.
14        Q     You got a masters in public health at New York
15   Medical College?
16        A     That's correct.
17        Q     You went to New York Medical College for what,
18   two or three years?
19        A     Yeah, that's about right.
20        Q     That's in Valhalla, right?
21        A     That's on the Grasslands campus, yes.
22        Q     That's the same campus where the Westchester
23   Medical Center is, right?
24        A     Yes.
25        Q     I'm going to show you People's 205.  Can you show
```

                        Davalloo - Cross - People          371

1
2    where in that map is the school that you went to?

3         A    Is it marked?

4         Q    I'm asking you if you see it on there?

5         A    I'm really, I'm not really sure.  Well it says

6    New York Medical College -- no, that's the power plant.  I

7    don't think the college shows here, public labs, medical

8    education -- oh, here you go, medical education center, New

9    York basic science build -- no, that's not the -- I know

10   this building, but that's not the building.

11                  MR. SCHORR:  May I approach the witness for a

12              second, your Honor?

13                  THE COURT:  Yes.

14        Q    The building you are pointing to I'm going to

15   circle that.  You have been to that building for school?

16        A    I have been to this building, definitely.  I

17   think the library is on that campus.  It has been a while,

18   but.

19        Q    This building that I circled that's where you

20   went to at least some functions for school?

21        A    Definitely, yeah.

22        Q    I have circled that, right?

23        A    Hmm hmm.

24        Q    That looks like a few blocks away from the

25   University Hospital in the emergency room, right?

1

2      A      Well I don't know what the dimensions are there,

3   what the scale is.

4      Q      But it's fair to say that to get to the school

5   that you went to for, what, how long did you say you went?

6      A      About two, three years.

7      Q      You would take the Sprain to get there if you

8   wanted to come from your apartment in Pleasantville?

9      A      Well, no, I didn't go to school there when I

10  lived in Pleasantville.  I lived in Valhalla, so I would

11  take the back roads there.

12     Q      It was on the Westchester Medical School campus?

13     A      They are all on the same campus, yes.

14     Q      Not only that, but your mother worked on that

15  campus, right?

16     A      My mom works at the hospital.

17     Q      The hospital that's all in the same campus, the

18  Valhalla?

19     A      The hospital where Paul was operated on, yes.

20     Q      Where the emergency room is she works near there?

21     A      Well she works in the OR.  She is an operating

22  room personnel.

23     Q      But that's where the emergency room is, same

24  building?

25     A      Yes, yes.

Davalloo - Cross - People                    373

1

2      Q      How long has your mom worked there?

3      A      About 18 years.

4      Q      So your mom has worked for 18 years in the

5    building where you were trying to bring Paul after he was

6    stabbed?

7      A      Yeah, I purposely, you know I purposely wanted to

8    take him because I thought my mom was working that

9    afternoon.

10     Q      So you are familiar with that area?

11     A      I'm pretty familiar, yes.

12     Q      Now you started dating Paul while you were

13   married to your first husband, right?

14     A      I was separated from my first husband.

15     Q      Oh, you were not still living with him?

16     A      No.  He was in Italy.  He was living in Italy.  I

17   started dating Paul.  I was back here going to New York

18   Medical College.

19     Q      Isn't it true that you didn't tell Paul that you

20   were married when you started dating him?

21     A      Not right away, that's true.

22     Q      Now you have never prior to March 23, 2003 you

23   were never inpatient for any psychiatric issues, right?

24     A      Not inpatient, no.

25     Q      The surgery you had done related to sweating

cmg

```
 1                    Davalloo - Cross - People            374

 2     issues?

 3         A     Yes.

 4         Q     Now isn't it true that when you were having this

 5     affair with Nelson Sessler you actually told Paul about the

 6     affair, but you used fake names to say that other people

 7     were engaged in this affair?

 8         A     I may have alluded to it, yes.

 9         Q     Alluded to it you actually talked about it every

10     day or a lot of times, didn't you?

11         A     Well I mean I alluded to it in the sense that I

12     was talking very discreetly about it in terms of fake names

13     like you say.

14         Q     Didn't you tell Paul about a love triangle at

15     work?

16         A     I may have, yes.

17         Q     Didn't you tell him about facts about your

18     relationship and you used the name Melissa to describe

19     yourself?

20         A     Yes.

21         Q     You used the name Jack to describe Nelson?

22         A     That's right.

23         Q     You kept Annalisa's name as Annalisa, right?

24         A     Yes, that's right.

25         Q     That's referring to Annalisa Raymundo?
```

1

2      A      That's right.

3      Q      So you knew that Nelson was having an affair with

4  Annalisa Raymundo at least at some point when you were

5  interacting with him?

6      A      Oh, absolutely.  Nelson is infamous for having

7  numerous girlfriends.

8      Q      That's not my question to you.  My question to

9  you is you were aware that Nelson was -- dated Annalisa at

10  certain points when you were at least interacting with him

11  on some level?

12      A      I was aware that Nelson was dating Annalisa and

13  numerous other women.

14      Q      When you played this game with Paul, isn't it

15  true, didn't you tell Dr. Lewittes that he was doing better

16  at the game than you and you felt patronized?

17      A      He was doing better at it.  I was I think at that

18  point it should have -- the feelings that I was having then

19  should have probably prompted me to stop playing the game

20  because I was becoming erratic, yes.

21      Q      You told Dr. Lewittes and you met with

22  Dr. Lewittes in June, right?

23      A      I'm not sure exactly when, but I met with

24  Dr. Lewittes many times.

25      Q      Before you met with Dr. Tuckman you met with

```
1                    Davalloo - Cross - People          376

2    Dr. Lewittes, right?

3         A      Before and after.

4         Q      Okay and Dr. Lewittes is the doctor that you,

5    your lawyer retained to examine you, right?

6         A      Yes, that's correct.

7         Q      You told Dr. Lewittes that Paul was doing better

8    at the game than you and felt patronized, right?

9         A      He was doing better at the game, and I felt

10   numerous feelings including being patronized, yes.

11        Q      You told Dr. Lewittes that you felt patronized

12   and you plunged the knife twice into his chest, right?

13        A      No, I didn't do that.  No, I didn't say that.  It

14   wasn't in anger, it wasn't an anger reaction, you know.  You

15   are making it sound like I was angry at him.

16        Q      Do you recall telling Dr. Lewittes that you were

17   upset by your inferior performance, you felt patronized, you

18   went into the kitchen, retrieved the fruit knife and you

19   plunged the knife into his chest two times?

20        A      I don't recall saying that.  Those are taken out

21   of context.

22        Q      I would like to show you page 8 of Dr. Lewittes'

23   report that the defense has given me.  I would ask you to

24   read the highlighted portions.  Is --

25        A      Well this is all taken out of context because you
```

Davalloo - Cross - People                377

2   are not reading the other lines that you --

3       Q       Why don't you go ahead and read the whole thing

4   if you want it in context?

5       A       "Sheila suggested that she and Paul arrive back

6   at home playing the game putting the blindfold and handcuffs

7   and seeing if she could recognize objects if they could

8   recognize objects only by the way it felt and touched.

9   Sheila claims that she went first and made some errors.

10  She stated that when it was Paul's turn he got everything

11  right, she referred that she said to him that she was upset

12  by her inferior performance.  And although he minimized her

13  errors, she felt that he was patronizing her she vaguely

14  remembers becoming upset feeling that he was treating her as

15  if she were like her ill brother, she then went into the

16  kitchen, retrieved a fruit knife and rather than continuing

17  to play the game of having him identify what the object was,

18  she allegedly plunged the knife two times into his chest.

19  What happened next is subject of some question on Sheila's

20  part.  She claims to have only partial memory of the ensuing

21  events."

22      Q       Of the ensuing events, I'm not talking about the

23  ensuing events, I'm talking about the part where you plunged

24  the knife into your husband's chest?  Now you told

25  Dr. Lewittes that you remember that part, right?

Davalloo - Cross - People                     378

1

2       A      I don't remember the plunge.  I remember

3    retrieving the knife.  It doesn't say that I remember

4    plunging it.  She allegedly plunged the knife two times.  It

5    doesn't say I remember.

6       Q      So you don't remember plunging the knife?

7       A      No.

8       Q      But you remember getting the knife?

9       A      Absolutely.

10      Q      You remember getting the knife after feeling

11   patronized?

12      A      It was around the time where I should have

13   probably stopped the game, yes.

14      Q      You never told Dr. Lewittes about a dark figure

15   being there?

16      A      I did.

17      Q      You told Dr. Lewittes?

18      A      It's in his report.

19      Q      All right, I'm going to show you the report.

20   Maybe I overlooked it.

21      A      He can testify that I did mention that to him.

22      Q      This is in the report.  Do you know what page

23   it's in the report?

24      A      Actually, I'm not sure.  There is like three

25   different reports.  I don't know whose report it's in, but

```
 1                    Davalloo - Cross - People          379

 2     it's in somebody's report.

 3         Q      That would be Dr. Tuckman's report, right?

 4         A      I'm not sure.

 5         Q      You are not sure, but?

 6         A      I know Dr. Lewittes knows about that and he had

 7     spoken to me extensively about that.

 8         Q      Now prior to March 23 about September of 2002 you

 9     met with a Dr. Fran Lourie, right, L O U R I E?

10         A      That's right.

11         Q      You told Dr. Lourie that you had difficulty

12     giving up the fantasy of Nelson Sessler, right?

13         A      No, I don't remember saying that.  I met

14     Dr. Lourie because I was in severe depression and I wanted

15     to stop having the affair.

16         Q      You don't recall saying that?

17         A      No.

18                MR. SCHORR:  Your Honor, I would like to show

19                the witness what I have been handed by defense

20                counsel previously which states Fran Lourie

21                progress notes dated September 20th, '02.  I

22                would ask the witness to look at the highlighted

23                portion.

24                THE COURT:  Very good.

25         A      I --
```

Davalloo - Cross - People          380

1

2          Q      I'm sorry, go ahead?

3          A      I'm not sure what this says.  "She has difficulty

4   -- I assume this is giving up -- something him.  I'm not

5   sure what this is reading.

6          Q      You don't see it giving up the fantasy of Nelson?

7          A      Is this fantasy of him?

8          Q      I'm asking what you read it to be?

9          A      It's hard to read.

10         Q      Okay your testimony is you never told Dr. Lourie

11  that you had difficulty giving up the fantasy of Nelson?

12                MR. BRUNDAGE:  May I just see the exhibit a

13                moment?

14         A      I can't remember my conversations with Dr. Lourie

15  at all.  It has been over a year.  I know I met Dr. Lourie

16  because I wanted to stop the affair and I wanted her to

17  miraculously set me on track.

18         Q      Isn't it true that in September of 2002 you had

19  difficulty giving up the fantasy of Nelson?

20         A      I wanted to stop seeing him, and it was difficult

21  because you know I was having so many emotional problems and

22  with the drugs and everything.

23         Q      Isn't it also true that around that time you felt

24  your friends were fed up with hearing about your obsessive

25  relationship with Nelson?

```
 1                    Davalloo - Cross - People          381

 2        A       Nobody knew about me and Nelson.  It was just a

 3   bad affair.

 4        Q       So you don't recall saying to Dr. Lourie that

 5   your friends are fed up with hearing about your obsessive

 6   relationship?

 7        A       No friends of mine know about Nelson.

 8        Q       Okay, I'm going to show you what has been marked

 9   the defense has given me Fran Lourie progress notes

10   September 30, 2002.  I'm going to ask you to read the

11   highlighted portion?

12        A       Fran -- I think this reads:  Friends are fed up

13   with hearing about obsessive relationship.

14        Q       That's because you told that to Dr. Lourie,

15   right?

16        A       I can't believe I told her that.  I mean, I must

17   have if -- I'm not saying she is writing it incorrectly, but

18   no friends knew about Nelson.  He was just a --

19        Q       So you don't recall if you said that to

20   Dr. Lourie?

21        A       I don't recall my conversations with her at all.

22        Q       So just to go over a few things, you don't

23   remember your conversations with Dr. Lourie?

24        A       That's right.

25        Q       You don't remember your conversations with
```

```
 1                    Davalloo - Cross - People              382

 2    Dr. Tuckman?

 3         A       They have just been so long ago.

 4         Q       And you don't remember your incident with Paul in

 5    total on March 23?

 6         A       In total that's correct.

 7

 8

 9

10

11

12

13

14

15

16

17                 THE COURT:  Let the record reflect the

18                 witness has resumed the stand.  Ms. Davalloo, I

19                 remind you you are still under oath.  Okay.

20         Q       You told Alison Carpentier that your husband got

21    hurt in the city, correct?

22         A       That's correct.

23         Q       That was a lie?

24         A       That's correct.

25         Q       You said that based on your direct testimony
```

1               Davalloo - Cross - People          383

2    because you were in the cell for a long time?

3         A    No, I said I was in the cell for an hour and a

4    half and I was terrified.  I didn't know what to do.

5         Q    When did you think of this story for the first

6    time?

7         A    Right then and there.

8         Q    In the cell?

9         A    No, right when she started talking to me because

10   Paul wanted me to leave the hospital.  I knew I was in

11   trouble, and I mean, in retrospect if I hadn't tried to

12   cover it up I think I would be in better shape.

13        Q    When you told Alison Carpentier that your husband

14   got hurt in the City, that was the first time you had

15   thought about that?

16        A    Yeah, because he was in the City, so I just --

17        Q    It hadn't occurred to you a half hour earlier?

18        A    I don't think so.  Does it, I mean, I thought --

19        Q    She is the first person you told about this,

20   right?

21        A    She is.

22        Q    You are sure about that?

23        A    She is the first person I talked to.

24        Q    She is the first person you told that Paul got

25   hurt in the City; well didn't you just say that a moment

Davalloo - Cross - People          384

2    ago?

3         A    I think she is the first person I talked to in

4    terms of police officers.

5         Q    But when you spoke to Alison Carpentier, it was

6    just then I'm just trying to understand this that you first

7    thought to say Paul got hurt in the City?

8         A    That's what I think I just came up with it on the

9    fly.

10        Q    On the fly meaning at the Westchester County

11   Police headquarters?

12        A    I believe so, yes.

13        Q    This was at the beginning of your interview with

14   Alison Carpentier, right?

15        A    Yes.

16        Q    That was at about 8:00 or so?

17        A    Oh, I don't know what time it was.

18        Q    About 7:30, 8:00 approximately to the best of

19   your recollection?

20        A    If you say so.

21        Q    Isn't it true that police officers responded to

22   the Medical Center when you were there on March 23 at about

23   5:30?

24        A    I think there were officers and they have

25   testified that they did.  I can't remember, you know,

```
1                      Davalloo - Cross - People           385

2     uniformed, whatever.  There was a lot of people.

3          Q     Do you remember seeing an officer named Marco

4     Mendoza from the Mount Pleasant Police Department testifying

5     here during this trial?

6          A     If I remember seeing him here?  I do remember

7     seeing him here.

8          Q     You saw him testify here?

9          A     Yes.

10         Q     Do you remember seeing him at the hospital that

11    day?

12         A     I don't, no.

13         Q     Isn't it a fact that you told Marco Mendoza on

14    March 23 at about 5:30 p.m. that your husband had come home

15    from the City not feeling well and that's why you took him

16    to the hospital?

17         A     I don't remember having a conversation with him.

18    I mean, if you say I said that, then said --

19         Q     I'm not saying anything.  I'm asking you did you

20    tell Marco Mendoza from the Mount Pleasant Police Department

21    at 5:30, two hours before you spoke with Alison Carpentier

22    that Paul had come home from New York City not feeling well?

23         A     I don't remember that.

24         Q     Well you just testified that the first time you

25    thought of this was when you spoke with Alison Carpentier,
```

```
 1                    Davalloo - Cross - People          386

 2   right?

 3        A     Well because she was the only first one I spoke

 4   to.

 5        Q     So you couldn't have told someone earlier if the

 6   first time you thought of it was with Alison Carpentier?

 7        A     That's correct.

 8        Q     It's your testimony that you never told an

 9   officer 5:30 p.m. at the Medical Center that Paul had come

10   home --

11        A     I don't recall having said that.

12        Q     You are not sure?

13        A     I don't recall having spoken to any officer

14   before Ms. Carpentier.

15        Q     It's not about who you spoke to, it's the fact

16   that you said you didn't even think of this, right, until

17   you started speaking with Alison Carpentier?

18        A     I can't remember having, I mean, you are saying

19   it was all made up.

20        Q     I'm not saying anything.  I'm just asking you

21   questions.  You testified right that you first thought of

22   the idea of Paul coming back from the City and getting hurt

23   when you were speaking with Alison Carpentier; didn't you

24   just testify to that a minute ago?

25        A     I'm pretty sure that's how it happened, although
```

Davalloo - Cross - People          387

1

2      the reason I thought about it is because I was fearful and

3      because Paul was fearful for me.  So he was telling me to

4      leave the hospital, leave the hospital.  So that was the

5      only thing I can think of, you know, because he was so

6      fearful for me and I was fearful for myself.

7           Q      Didn't you just testify a minute ago that you

8      first thought of the idea of saying Paul got hurt in New

9      York City when you were talking to Alison Carpentier at

10     around 7:30, 8:00?

11          A      I first thought about it with the first person I

12     spoke to and that was Ms. Carpentier.  I don't know what

13     time.

14          Q      So you can testify or it's -- what you are saying

15     here is that you did not tell that to another police officer

16     at 5:30 p.m. at the Medical Center?

17          A      I do not recall.  You are right, I do not recall

18     and I think I have said that.

19          Q      So you might have told an officer at 5:30?

20          A      I don't recall having told anybody.

21          Q      Okay.  But to the best of your recollection you

22     are telling this Court that you first thought of this when

23     you were talking to Alison Carpentier?

24          A      That's correct.

25          Q      It was your idea to play this game, right?

                          Davalloo - Cross - People          388

 2        A       Paul had mentioned it yesterday -- the day before

 3    and I brought it up again that --

 4        Q       You are saying it's Paul's idea to play the game?

 5    He was the one who brought it up?

 6        A       No.  It was definitely my idea because I had

 7    mentioned that somebody at work told me about this stupid

 8    game, and he had mentioned it the day before.  I wasn't in

 9    the mood the day before, but all of a sudden I was in the

10    mood that day.  No, it was definitely my idea.

11        Q       And this game involved handcuffs, right?

12        A       It involved handcuffs.

13        Q       I'm holding up People's 199, these are the

14    handcuffs you used, right?

15        A       If you say they are, yes.

16        Q       I'm not saying anything.  I'm asking you.  I will

17    show them to you?

18        A       I have no way of really knowing.

19        Q       Okay.

20              MR. BRUNDAGE:  I'm prepared to stipulate,

21              Judge, based on the chain of custody they are the

22              handcuffs taken from the home.

23              MR. SCHORR:  I would like to go to see how

24              much she does remember, your Honor.

25        Q       Do these look like the handcuffs you are using?

Davalloo - Cross - People                389

 2      A      The only thing I know those handcuffs were

 3   silver.

 4      Q      So you remember silver handcuffs?

 5      A      Those silver handcuffs have been in our house for

 6   about three years.

 7      Q      Okay and you blindfolded each other with panty

 8   hose, right?

 9      A      That's correct.

10      Q      I will show you People's 200 in evidence.   Thank

11   you.   Those are your panty hose, right?

12      A      These are my absolute best panty hose.

13      Q      You used those to blindfold Paul and to be

14   blindfolded yourself when you were playing this game?

15      A      Yes.

16      Q      I'm going to show you People's 202, a shoe.   Do

17   you recognize that?

18      A      Yeah, I bought these shoes for Paul and he never

19   wears anything else.

20      Q      Those are Paul's shoes, right?

21      A      Yes.

22      Q      Next I'm going to show you People's 203 and 204.

23   Those are your socks, right?

24      A      I believe these, I know these are my socks, but I

25   have many like those, so.

```
 1                    Davalloo - Cross - People          390

 2        Q      You were wearing socks that looked like that on

 3   March 23?

 4        A      Yes.

 5        Q      Now I'm holding People's 201.  This is the knife

 6   that you stabbed your husband with, right?

 7        A      Yes.

 8        Q      This is the knife you stabbed your husband with

 9   in the heart, right?

10        A      Well that knife is our utility knife; that's

11   always sitting on our counter top.

12        Q      That's not my question.  People's 201 the knife

13   I'm holding here, that's the knife you stabbed your husband

14   through the heart with, correct?

15                    MR. BRUNDAGE:  Objection to the

16                    characterization, Judge.

17        A      I don't --

18                    THE COURT:  Hold on.

19                    MR. BRUNDAGE:  Number one, the wound wasn't

20                    through the heart by any stretch of the

21                    imagination.  Number two, if the question is --

22                    THE COURT:  Objection sustained on that

23                    basis.  Please, rephrase.

24        Q      This is the knife you stabbed your husband with

25   in the chest, right?
```

```
 1                  Davalloo - Cross - People        391

 2        A      I think I'm pretty sure that's the knife.  I

 3   mean, it's every report everything says that it was.

 4        Q      I'm asking you based on your recollection?

 5        A      I know that we had a knife just like that sitting

 6   on our counter top for years.

 7        Q      And this looks like the knife that you used to

 8   stab your husband on March 23, correct?

 9        A      This looks like the knife that I had in my house

10   for many years for five years at least.

11        Q      Well you said you don't remember stabbing your

12   husband, but you remember grabbing the knife, right?

13        A      I do remember grabbing the knife.

14        Q      Is this the knife you grabbed?

15               MR. SCHORR:  Do you want to hold it closer to

16               her.

17        A      It looks like the knife.  I'm not sure.

18        Q      So the knife you grabbed --

19        A      I know it is because you have it and you say it

20   is, but I don't know what --

21        Q      So this appears to be the knife that you grabbed

22   on March 23 right before you stabbed your husband?

23        A      Definitely.

24        Q      You stabbed him two times in the apartment,

25   right?
```

Davalloo - Cross - People          392

1

2      A     I'm not sure how many times in the apartment.

3  Apparently, I had thought it was three times.

4      Q     Apparently based on what?

5      A     The six hour video.  I said --

6      Q     I'm a little confused.  You are saying you are

7  basing your recollection on the video interview with Alison

8  Carpentier?

9      A     A lot of my recollection is from reports and news

10 and videos, yes.

11     Q     Okay, I'm asking you based on what you remember

12 today, okay?

13     A     I don't remember stabbing him at all.  I don't

14 remember -- I mean, I remember kind of blacking out.  I was

15 high.  I can't, I have no excuse, I mean.

16     Q     No excuse for what?

17     A     For anything, you know, I have no excuse, but I

18 was delirious.  I was high.  My husband said I snapped.  I

19 don't know what that means.  I don't recall stabbing him.

20     Q     Do you remember being blindfolded?

21     A     Myself?

22     Q     Yes?

23     A     I do recall being blindfolded.

24     Q     Do you recall being handcuffed?

25     A     I do recall being handcuffed.

1                      Davalloo - Cross - People          393

2          Q      Do you recall Paul touching you with different

3     objects?

4          A      I do.

5          Q      Do you recall guessing what those objects were?

6          A      No.

7          Q      No, you don't remember that?

8          A      No.

9          Q      Do you remember Paul taking off your handcuffs?

10         A      He must have taken them off.

11         Q      That's not my question.  Do you recall Paul

12    taking off your handcuffs?

13         A      Do I recall?  You know, it has been so long, I

14    don't.

15         Q      Do you remember the general idea of being

16    unhandcuffed?

17         A      Oh, yeah.

18         Q      And you remember handcuffing Paul?

19         A      I remember.

20         Q      You put those around one wrist and then the other

21    wrist, right?

22         A      Yes.

23         Q      He was lying down, right?

24         A      He was.

25         Q      You didn't black out while you were handcuffing

```
 1                    Davalloo - Cross - People           394
 2      him?
 3          A    I'm not saying I blacked out necessarily.  I'm
 4      not sure what happened, but I didn't --
 5          Q    My question to you is did you black out when you
 6      were handcuffing Paul?
 7          A    No.
 8          Q    You were able to competently handcuff him on both
 9      hands to the chair, right?
10          A    That's correct.
11          Q    And that looped through the chair to hold him
12      there, right?
13          A    See, I'm not even sure where in the chair it was.
14          Q    All right, but you used the chair to hook up the
15      handcuffs?
16          A    It was all, generally the chair was involved
17      because as all the pictures show the chair was broken.
18          Q    I'm not asking you what the pictures show?
19          A    I know.  Can you repeat that, please?
20               MR. SCHORR:  I will move on.
21          Q    You blind folded him with the panty hose that you
22      just held up, right?
23          A    That's correct.
24          Q    How did you do that by tying it around his head
25      over the eyes?
```

2        A     I think they were already, you know, knotted, so

3   I just slipped it on his head maybe.

4        Q     Over his eyes?

5        A     I think.

6        Q     You think?

7        A     Oh, definitely over his eyes.  He couldn't see.

8        Q     So you remember that part?

9        A     I guess so.

10        Q     And there was no dark figure present while you

11   were blindfolding him?

12        A     No, no.

13        Q     No dark figure present while you were handcuffing

14   him?

15        A     No.  The only time I saw a dark figure which I'm

16   not really sure what it was was you know when I was

17   scrounging around looking for another object and I saw a

18   dark figure, you know, I think in the vicinity of the

19   kitchen area which was close to the second bedroom.

20        Q     I'm going to ask you to answer my questions as

21   best as possible?

22        A     Sure.

23        Q     There was no dark figure when you were

24   handcuffing and blindfolding Paul?

25        A     No.

1

2      Q      Then you remember touching him with various

3  objects, right?

4      A      Vaguely.

5      Q      Vaguely.  You didn't black out at that point,

6  right?

7      A      No, it's not a matter of black out, it's --

8      Q      A matter of it being almost a year ago?

9      A      It's just a matter of me having, you know, not

10  being as rational, I think.  I'm not sure.

11      Q      You are not sure what?

12      A      I'm not sure why some things are discombobulated.

13  I think it's because I wasn't rational and --

14      Q      You weren't rational -- all right here's what I

15  would like to ask you.  The dark figure first of all you

16  said wasn't around when you were handcuffing and

17  blindfolding Paul?

18      A      No.

19      Q      What about when you were showing him objects, was

20  a black figure there?

21      A      No.

22      Q      You showed him objects; you remember doing that

23  in general?

24      A      I guess vaguely, yeah.

25      Q      Vaguely, okay.  Then there came a time when you

1
2    felt patronized, right?

3         A    I think there came a time where I had, I was

4    getting -- I was not -- yeah, there came a time where I

5    wasn't all together I think.

6         Q    That's not my question.  There came a time?

7         A    Yes, patronized, sure, sure.

8         Q    You went to grab a knife from the kitchen?

9         A    No.  I went to --

10        Q    Or from the bowl, wherever the knife was?

11        A    No, I was in the kitchen a lot because a lot of

12   the items came from the kitchen.

13        Q    Well you grabbed a knife, right?

14        A    I did grab a knife.

15        Q    The knife that I showed you before or something

16   that looked kind of like that?

17        A    Yes.

18        Q    You remember taking that knife back into the

19   second bedroom where your husband was handcuffed and

20   blindfolded, right?

21        A    Taking it to the second bedroom, no, I can't

22   remember actually taking it to the second bedroom.  I

23   thought that the black figure and everything was in the

24   kitchen.  It's very in the vicinity.

25        Q    Do you remember picking up the knife?

```
 1                        Davalloo - Cross - People          398

 2         A      I do remember picking up the knife.

 3         Q      Do you remember and what room were you when you

 4   picked up the knife?

 5         A      It's like a kitchen area.

 6         Q      Do you remember bringing the knife into the

 7   second bedroom?

 8         A      I don't remember that, no.

 9         Q      So that's when the black out starts?

10         A      Its not a black out.   It's a black figure.

11         Q      Well I'm talking about your memory, you don't

12   remember bringing the knife into --

13         A      Oh, I guess so, yes.

14         Q      So when you told Alison Carpentier that you

15   stabbed him during the game, that was a lie, right or the

16   fact that you remember it was a lie?

17         A      No, I just, I must have.   I mean, it's just, I

18   must have.  She kept saying who else could have done it.

19   There wasn't a third person.  I said well, obviously, I did

20   it.  I must have done it during the game because he was

21   still handcuffed.  I lot of it I pieced together.

22         Q      Well you remember talking to Alison Carpentier,

23   obviously, right?

24         A      Oh, yes.

25         Q      That started around four hours after the
```

```
 1                  Davalloo - Cross - People        399

 2   incident, approximately?

 3        A    I'm not sure.

 4        Q    Three or four hours?

 5        A    I'm really not sure.

 6        Q    Do you recall telling Alison Carpentier that you

 7   stabbed Paul and that he came up into the knife two more

 8   times?

 9        A    Yeah, I think I was sort of going along with her

10   story at the time because I.

11        Q    Well isn't it true that Alison Carpentier's story

12   as you put it was that you stabbed Paul at the hospital,

13   right, or she told you that?

14        A    No.

15        Q    Didn't Alison Carpentier say to you that you

16   stabbed Paul at the hospital?

17        A    No, she didn't.

18        Q    She never mentioned any stabbing at the hospital?

19        A    No.

20        Q    Ever?

21        A    I don't think so.

22        Q    Well you just watched that three hour videotape

23   on Friday?

24        A    I mean, did she?  If she did, she did.  I'm not

25   sure.
```

Davalloo - Cross - People          400

1

2     Q     Okay.  Do you recall Alison Carpentier saying to

3     you on March 23 that Paul was saying that you stabbed him a

4     third time in the hospital?

5     A     I remember from the video and on the 23 that she

6     was saying a lot of things that I couldn't -- that Paul was

7     saying that I couldn't exactly and that's why she got very

8     suspicious of me because I couldn't exactly verify

9     everything that Paul was saying.

10    Q     Do you recall insisting to Alison Carpentier that

11    all the stab wounds occurred in the home?

12    A     I'm still thinking that's what happened, but you

13    know I know that's not what happened.

14    Q     What did happen?

15    A     Everything that the reports say happened.

16    Q     Well tell me, what happened?

17    A     I guess according to what Paul says, that's what

18    happened, everything.

19    Q     I'm not asking what Paul said?

20    A     Everything that Paul testified happened.

21    Q     Everything that Paul you heard testify --

22    A     Yes.

23    Q     -- you are saying today is true?

24    A     That's correct.

25    Q     Okay.  That includes the fact that you stabbed

```
 1                    Davalloo - Cross - People          401

 2    him in the hospital in the hospital grounds?

 3         A      Paul would not lie, that's correct.

 4         Q      And including the fact that you tried to grab him

 5    away from the hospital when he was trying to get help?

 6         A      I don't recall doing that and I don't think he

 7    testified to that.

 8         Q      Well do you recall not doing that?

 9         A      I recall a struggle, but I don't know why.

10         Q      So you do recall struggling with Paul at the

11    hospital grounds after he had been stabbed by you?

12         A      You know, you are -- I recall struggling with

13    him.

14         Q      This is after you stabbed him, right?

15         A      Yeah, yeah, it must be after I stabbed him.

16         Q      And the struggle that occurred after?

17         A      I mean it wasn't before I stabbed him so it was

18    after.

19         Q      It must have been after?

20         A      Yes, you are right.

21         Q      So after you stabbed him when you were struggling

22    with Paul, the struggle consisted of you trying to pull him

23    away from the hospital building, right?

24         A      No.  I don't recall that.  I mean --

25         Q      How do you recall the struggle?
```

```
 1                    Davalloo - Cross - People        402
 2        A     I just recall a general struggle.  I don't know
 3   if he was trying to get away from me, if I was trying to get
 4   away from him, if we were -- he says when he was here he
 5   says there was a struggle over the knife.  I don't recall
 6   any of that.
 7        Q     So you think it's possible you were trying to get
 8   away from him?
 9        A     I don't know what's possible.  I don't know.
10        Q     Well I'm asking you what you remember.  You said
11   you remember a struggle?
12        A     I remember a struggle.
13        Q     So what details do you remember about the
14   struggle?
15        A     Just that we were maybe enmeshed or trying to --
16   and I don't know why, you know, I don't know why we would
17   have been struggling.  I thought, you know, he was very
18   cooperative with me, you know.  When we went to the
19   hospital, he was helping me a lot and he was very, you know,
20   loving as he always is.
21        Q     Let me ask you again what details do you remember
22   if any about the struggle.  You said you remember a
23   struggle?
24        A     From the hospital?
25        Q     That's correct.
```

1                    Davalloo - Cross - People          403

2        A       I remember a general struggle, but I don't know

3    if it's 'cause I was trying to -- maybe he didn't want to go

4    -- maybe I didn't want him to go to that building because it

5    wasn't the right building I had realized.  I'm really not

6    sure.

7        Q       So you remember him trying to get to the building

8    and you trying to prevent him from getting into the

9    building?

10       A       I don't specifically remember that, but I almost

11   want to tell you, yes, that's what I remember because I keep

12   saying I don't remember.

13       Q       But you said you do remember a struggle, right;

14   do you remember a struggle?

15       A       I vaguely remember a struggle, but I don't

16   remember why, which direction, how?  You know I just

17   remember --

18       Q       So what do you remember about the struggle, not

19   from reports, not from Paul, but what do you remember about

20   this struggle?

21       A       Just that maybe we were pulling in different

22   directions, you know.

23       Q       Do you remember what direction you were pulling

24   in?

25       A       No, you know, you know, I don't remember, no.

cmg

```
 1                    Davalloo - Cross - People          404

 2        Q     You don't know --

 3        A     I have sworn that I don't remember.

 4        Q     So you remember a general struggle where you were

 5   pulling in different directions, but you don't remember

 6   which directions and you don't remember why?

 7        A     I absolutely do not remember which directions.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    Davalloo - Cross - People          405
 2        Q      Do you remember Paul's shoe coming off at the
 3   hospital?
 4        A      I don't remember the shoe coming off, no.
 5        Q      Do you recall the struggle that was occurring, do
 6   you remember it being on the grassy area away from the
 7   hospital building?
 8        A      Away from the hospital building?  You know, I
 9   don't -- I don't, I'm sorry.
10        Q      So you don't remember whether or not you were in
11   the grassy area of the hospital building complex?
12        A      I think we may have been in a grassy area, but I
13   don't remember where.
14        Q      Now the grassy area, that's further away from the
15   building than your car was, right?
16        A      I don't remember.  Sorry.
17        Q      When you say you don't remember, is that because
18   it's almost a year ago or is that because you blacked out
19   during that time?
20        A      It's most likely because I didn't remember from
21   the beginning because I never mentioned any of, you know,
22   anything to the officer about the hospital.  I mentioned to
23   the officer everything about the home.
24        Q      Would you agree with me that over a year memories
25   may fade a little bit?
```

```
 1                     Davalloo - Cross - People            406

 2        A      Absolutely.

 3        Q      That's different than --

 4        A      Mine has faded a lot.

 5        Q      Okay.  This was a pretty important event in your

 6   life, right?

 7        A      But it's very --

 8        Q      Yes or no?

 9        A      It's very traumatic.

10        Q      It's a very important event in your life, right?

11        A      Very traumatic, yes.

12        Q      Memories fading is different than what you are

13   saying happened when you stabbed Paul.  When you say you

14   don't remember stabbing Paul, it's not because it was so

15   long ago; do you understand what I'm asking?  Do I need to

16   rephrase?

17        A      Would you.

18        Q      You are saying you don't remember stabbing Paul?

19        A      That's correct.

20        Q      Is that because it was too long ago to remember?

21        A      You know, if you are saying I'm conveniently

22   blocking it out --

23        Q      I'm not saying anything.  I'm asking you.

24        A      I don't know.  Because it's too long it's

25   probably a combination of things.  Probably a combination.
```

```
 1                      Davalloo - Cross - People          407
 2   I mean, I --
 3        Q    Okay, today you don't remember stabbing Paul.
 4   How about the evening of March 23 when you were talking to
 5   Alison Carpentier, did you remember stabbing Paul when you
 6   were talking with her at that point?
 7        A    I must have because I think I told her I stabbed
 8   him three times.
 9        Q    So your memory of stabbing him has faded from
10   last March to today?
11        A    From the beginning it was pretty, you know, my
12   memory was from day one was very poor and that's why I kept
13   telling the officer, you know, my husband won't lie.  Why,
14   why can't you just take what he's saying.
15        Q    Well what I'm trying to get at when you stabbed
16   Paul -- and you say you don't remember actually stabbing
17   him?
18        A    That's right.
19        Q    Is that --
20        A    I mean, when you hold your hand like that, okay,
21   when you hold your hand with that motion, I don't remember
22   that motion.
23        Q    Is that because it was too long ago?
24        A    No, no, no.  No.  I never, never remember because
25   from day one even my first attorney didn't want me to talk
```

1                     Davalloo - Cross - People          408

2     to the doctors at the hospital.  God forbid I say something

3     that would be incriminating, but I told the doctors in the

4     hospital everything that happened, and it's very vague.

5

6

7

8

9

10         Q      I'm going to show you a page of the progress

11    notes that have been handed by the defense.  It says

12    psychiatric assessment.  I'm going to ask you to, do you

13    recall telling doctors in the hospital that you stabbed Paul

14    three times?

15         A      Yeah, I mean, I said that to the detective and I

16    said that to the doctors in the hospital.

17         Q      So you told doctors in the hospital that you

18    stabbed your husband three times?

19         A      I did.

20         Q      You also told them that you felt angry at that

21    time, right?

22         A      I don't recall telling them I felt angry.

23         Q      I'm going to show you the next page.  I ask you

24    if that helps refresh your recollection?

25         A      I mean there is no reason for anger --

Davalloo - Cross - People                409

2    Q    I'm going to point to --

3    A    -- we weren't playing a game that was anger

4  provoking.

5    Q    I'm going to point you to a part that says you

6  remember feeling angry.  Does that refresh your recollection

7  as to whether you felt angry or not?

8    A    No.

9         MR. BRUNDAGE:  First, does it refresh her

10         recollection as to whether she said it?

11         MR. SCHORR:  That's correct.

12   A    No.  This says something events, remembers

13  feeling angry.  It wasn't an anger provoking situation.

14   Q    Do you remember telling the doctors that you

15  remember feeling angry?

16   A    I do not, no.

17   Q    Now you don't remember stabbing him?  What's the

18  first thing you do remember after that period where you

19  blacked out in the home?

20   A    I remember getting the dogs out of the way.

21   Q    So you were concerned about the dogs?

22   A    I was because they were smelling and I needed to

23  shove them into the second bedroom.

24   Q    Because you didn't want the dogs to see Paul

25  bleeding, right?

1                    Davalloo - Cross - People            410

2        A       They were smelling all over the place.  It was

3    disgusting, yeah.

4        Q       You didn't want them to see this traumatic thing

5    of Paul bleeding, right?

6        A       Not see, but smell and it's just bad.

7        Q       Because that would be bad for the dogs, right?

8        A       No, it was just gross.

9        Q       It was gross that Paul was bleeding?

10       A       Of course.

11       Q       And you didn't want the dogs to see that?

12       A       Not to see it, but to smell and to be in the way.

13       Q       You didn't want them to experience this, right?

14       A       Oh, my God, dogs, I don't think experience things

15   the way people do.

16       Q       You felt the need to -- while your husband was

17   bleeding you felt you needed to take the time to remove the

18   dogs from the room, right?

19       A       Well because they were in the way, and I needed

20   to look for the key.  I remember scrounging around looking

21   for the key and he apparently happened to be right on it,

22   sleeping on it.

23       Q       The dog?

24       A       No, Paul.

25       Q       Did you look for the key before or after you

```
 1                  Davalloo - Cross - People          411

 2    removed the dogs from the room?

 3         A    I started looking for the key and I think I saw

 4    that they were both in the way.  They are untrained dogs,

 5    you know, there was definitely blood on the floor.  So I had

 6    to remove them.

 7         Q    Okay?

 8         A    I was -- I mean, I wasn't thinking straight.

 9         Q    Then you removed Paul from the chair by breaking

10    the chair, right?

11         A    I'm not sure if that's exactly what happened

12    next, but that did happen.

13         Q    Well do you remember freeing Paul or breaking the

14    chair?

15         A    Oh, yeah.

16         Q    You told Alison Carpentier you broke the chair,

17    right?

18         A    I did, yes.

19         Q    That's because you did break the chair?

20         A    I did break the chair.

21         Q    That was to help Paul get out of the handcuffs or

22    get out of the situation where he was confined?

23         A    Definitely.

24         Q    Then do you recall grabbing your cell phone?

25         A    No, no.  Sometimes I would leave my cell phone in
```

Davalloo - Cross - People                412

2    the car.  I don't think I remember grabbing -- I don't know

3    where my cell phone was at that point.

4         Q      Well do you recall telling Alison Carpentier on

5    March 23 that you had picked up the phone possibly to call

6    Paul's parents but then you decided not to?

7         A      I don't know which phone I picked up.

8         Q      But you picked up a phone?

9         A      I don't remember.

10        Q      You don't remember?

11        A      I don't remember picking up a phone at all.

12        Q      Do you remember telling Alison Carpentier on

13    March 23 that evening that you picked up a phone?

14        A      I remember since I saw the video.

15        Q      So that refreshed your recollection?

16        A      No, that just I remember based on the video.

17        Q      So you don't have any independent recollection?

18        A      I have no recollection of picking up the phone.

19        Q      Isn't it true that you pretended to call 911?

20        A      I mean I don't remember having done that.  Now

21    whether it's true or not, I'm not sure.

22        Q      So it's possible that you pretended to call 911?

23        A      I don't know why I would do that because I was

24    trying to get help for Paul any which way I knew.

25        Q      You wanted help any which way you knew?

Davalloo - Cross - People          413

2       A      Yes.

3       Q      You never called 911, right?

4       A      I'm not sure if I did or didn't.  If the records

5    show I didn't, I didn't, but I may have.  I should have

6    called 911.

7       Q      Okay, instead of calling Nelson?

8       A      I definitely should have called 911.

9       Q      You told Paul that you were calling 911, right?

10      A      No.

11      Q      You never told Paul that you were calling 911?

12      A      No.  If I did, I don't recall and it would be, I

13   don't know.

14      Q      You don't know what?

15      A      I don't know if I did or didn't or if I told him

16   or didn't tell him.

17      Q      So it's possible that you told him that you were

18   calling 911?

19      A      Is it possible?  Maybe, yes.  Anything is

20   possible.

21      Q      Anything?

22      A      Yes.

23      Q      Isn't it a fact that you pretended to have a

24   conversation with the 911 operator and that you told Paul to

25   lay down because you didn't want him to find out that you

```
 1                    Davalloo - Cross - People           414

 2   were faking the call to 911?

 3        A     That's not a fact because I would never do

 4   something like that.

 5        Q     You have heard Paul testify to those facts,

 6   right?

 7        A     I heard Paul saying that he heard me on the phone

 8   with 911.

 9        Q     And your testimony here today is you have no

10   recollection of ever pretending to call 911?

11        A     Definitely not.

12        Q     Definitely not.  How long was it from the time

13   that you stabbed your husband to the time that you went to

14   get the car?

15        A     I'm not sure, maybe half an hour.  I'm not sure.

16        Q     Okay and you grabbed the knife that we were

17   talking about before to take it to the hospital, right?

18        A     I don't remember grabbing the knife, but

19   apparently I did.

20        Q     Apparently based on what?

21        A     Every report says that I had the knife and Paul

22   says that I brought the knife.

23        Q     But you have no memory of grabbing the knife?

24        A     I do not, no.

25        Q     Are things -- were you blacked out at that time?
```

cmg

```
 1                      Davalloo - Cross - People          415

 2        A     I am not sure.  I mean --

 3        Q     You are not sure if you were blacked out at that

 4   time?

 5        A     No.  I'm not sure of much.  I mean, at the time

 6   you know, the detective kept saying that I snapped, I don't

 7   know what that means and I don't have any recollection of

 8   that.

 9        Q     When you got to the hospital you had the knife

10   with you, right?

11        A     Did I have the knife with me?  I don't recall.  I

12   don't recall having the knife with me, but I must have.

13        Q     You must have because you stabbed him with the

14   knife at the hospital, right?

15        A     No, because Paul says I had the knife and Paul

16   says I stabbed him, so I must have had it and he says we

17   were struggling for it.

18        Q     But you don't remember taking the knife to the

19   hospital?

20        A     No, no.

21        Q     You remember picking up the knife you said before

22   you went into the bedroom?

23        A     From the counter.  I don't remember going into

24   the bedroom.  I remember picking up the knife from the

25   counter.
```

```
 1                      Davalloo - Cross - People          416
 2        Q     So is it your testimony that from the time you
 3   picked up the knife until today when I just showed you the
 4   knife you have no other recollection of ever seeing that
 5   knife?
 6        A     From the minute I picked it up to today I don't
 7   have recollection of seeing the knife, no.
 8        Q     Ever?
 9        A     No.
10        Q     In any place?
11        A     No.
12        Q     You went to the car, that was the Toyota, right?
13        A     Apparently it was the Toyota, yes.
14        Q     Well you say apparently.  Isn't it true that you
15   went to the car yourself and you were driving?
16        A     I did go to the car.  I just for some reason I
17   don't remember -- I know it was the Toyota because Paul was
18   sitting in the back and he was saying I was looking and my
19   car doesn't have a back seat like that.  So it was the
20   Toyota.
21        Q     That Toyota was parked outside your condo, right?
22        A     He brought the Toyota, I remember I drove the
23   Toyota up front to the, closer to the stairs.
24        Q     And you drove the car to the stairs, right?
25        A     I drove the car to the stairs.
```

2   Q   You did that by opening the car door and sitting

3   in the driver's seat, right?

4   A   I must have, yes.

5   Q   You put the keys in the ignition, right?

6   A   Yes, yes.

7   Q   You put the -- is it a stick shift or automatic?

8   A   No, his car is an automatic.

9   Q   You shifted into drive, right?

10  A   Yes.

11  Q   You didn't hit anything on your way from wherever

12  the car was parked to the front by the condo, right?

13  A   I don't think so.

14  Q   Well you don't remember hitting anything, right?

15  A   No, I don't remember hitting anything, no.

16  Q   No one else was in the car to drive, right?

17  A   No, no one else was in the car.

18  Q   Then you helped Paul get into the back seat,

19  right?

20  A   I think I helped him get in the back seat.  I'm

21  not sure though.  He said I did.

22  Q   When you say you are not sure, is that because it

23  was too long ago to remember?

24  A   It's possible.

25  Q   Let me just finish the question.  Is it because

1                          Davalloo - Cross - People            418

2       it was too long ago to remember or is it because that's part

3       of the black out period?

4            A      You know, it's possible it's because it's too

5       long ago and also it's because you know this was a traumatic

6       event.  So I don't know how much of it I don't recall

7       because of --

8

9

10

11

12

13

14            Q      You described before seeing a dark figure and

15       then not remembering a certain series of events after

16       picking up the knife, right?

17            A      Unrelated to the dark figure.

18            Q      But around the same time?

19            A      No.  There is a lot of events that I don't

20       remember; that has nothing to do with darkness at all.

21            Q      Well you said before the fact that you don't

22       remember whether you stabbed Paul isn't because it was too

23       long ago it's because you kind of blacked out during that

24       period, right?

25            A      I think I was erratic, yes.

                          Davalloo - Cross - People                419

1

2      Q      Does that erratic-ness that stopped you from

3   remembering things apply to the time where you were driving

4   the car?

5      A      I don't even remember driving the car.

6      Q      Okay.

7      A      I mean, I know I did, but I don't have a good

8   recollection of it.

9      Q      Is that because it was too long ago or is that

10  because you said it was just part of the erratic-ness that

11  was going on?

12     A      Probably both.

13     Q      You do remember Paul getting in the back seat,

14  right?

15     A      I remember Paul being in the back because I

16  thought it would be better for him to lay down, and he

17  didn't want to.  He said it would be better for him to sit

18  up.  That I remember.

19     Q      Then you drove to the hospital, right?

20     A      I did.

21     Q      And you got to the hospital in five to ten

22  minutes, right?

23     A      Approximately, yes.

24     Q      And that involved leaving the condominium

25  complex, right?

```
 1                      Davalloo - Cross - People          420

 2        A      Right.

 3        Q      You were still driving, right?

 4        A      Yes.

 5        Q      Your hands were on the steering wheel?

 6        A      Yes.

 7        Q      You didn't hit any cars on the way out of the

 8   condo complex, right?

 9        A      I mean, I know that you asked my husband that we

10   didn't hit anything.

11        Q      Then you at some point got on to the Sprain

12   Parkway, right?

13        A      On the Sprain, yes.

14        Q      You had to merge onto the highway, right --

15        A      Merge onto the highway.

16        Q      -- where you had to go on to the highway?

17        A      Yes.

18        Q      There were other cars on the Sprain that day,

19   right?

20        A      There must have been.

21        Q      You didn't hit any of those cars, right?

22        A      I didn't hit any cars.

23        Q      And you were able to drive all the way to the

24   exit for Westchester Medical Center, right?

25        A      Yes.
```

1                    Davalloo - Cross - People          421

2         Q      You didn't hit any cars all the way to the

3    medical center?

4         A      I don't remember hitting any cars.  I'm sure I

5    didn't.

6         Q      You didn't drive off the side of the road, right?

7         A      I didn't drive off the side of the road.

8         Q      You were able to accurately and competently

9    navigate your car from your home to the medical center,

10   right?

11        A      Yes.

12        Q      Then when you got to the medical center you

13   entered the medical center campus, right?

14        A      Yes.

15        Q      As we said before this is where you went to

16   school for two years, right?

17        A      Yes.

18        Q      This is where your mom works for I believe you

19   said 16 years, right?

20        A      18 years, yes.

21        Q      18 years and there was a sign as you entered

22   pointing to the emergency room, right?

23        A      You know to this day I don't know where that sign

24   is, but if the sign is -- you say it's there, it must be

25   there.

```
 1                     Davalloo - Cross - People          422

 2          Q      I'm not saying anything.

 3          A      Yes, okay.

 4          Q      You have been there you said for a couple of

 5     years.  Do you ever remember seeing a sign for emergency

 6     room?

 7          A      I still go there on an almost daily basis, and I

 8     don't see that sign.

 9          Q      I'm talking about back on March 23?

10          A      Oh, no I don't remember any signs.

11          Q      You didn't go in the direction of the emergency

12     room, did you?

13          A      I went to the very first building I think, that

14     was my --

15          Q      Now you went to the behavioral health center,

16     right?

17          A      It happened to be the behavioral health center,

18     yes.

19          Q      Your brother has been in the behavioral health

20     center, right?

21          A      Yes, many times.

22          Q      You visit him there, right?

23          A      Yeah, sometimes I visited him there.

24          Q      You are familiar with that building and what its

25     purpose is, right?
```

2       A    No, because first of all I thought that building

3    was shut down.  I don't really remember, you know -- it had

4    been five years since my brother was there.  So I don't --

5    when you go to the New York Medical College to go to school,

6    you don't enter that way, you go the opposite way because

7    the school is on the other end of the campus.

8       Q    You knew that building was not the emergency

9    room, right?

10      A    Not until I found out by reading the sign.  When

11   you get to the front of the building there is a big sign

12   there that says behavioral health and that's when I thought

13   I would go look for the emergency room so I drove off with

14   the car door open as stated.

15      Q    Well you know the behavioral health center is not

16   a place to treat stab wounds?

17      A    Yes, I do know that, yes.

18      Q    You had been to the behavioral health center

19   before, right?

20      A    I had been there many times before, yes.

21      Q    Even though you had been there before and you

22   knew they couldn't treat stab wounds, you drove your car to

23   the behavioral health center?

24      A    Yes, there is no logic, you are right.

25      Q    Not only did you drive to the behavioral health

1                    Davalloo - Cross - People          424

2    center, but you didn't even pull up to the front of the

3    building, right?

4         A     I pulled into the first available parking lot.

5         Q     So you were looking for parking?

6         A     Well yeah, yeah, that's not -- yes, I was looking

7    for parking.

8         Q     While your husband was bleeding from stab wounds

9    you were looking for parking?

10        A     I wasn't looking for parking.  I pulled into the

11   first parking space.

12        Q     That first parking space that you say you saw was

13   close to a grassy area, right?

14        A     It may have been.

15        Q     It was actually driving passed the front entrance

16   of the behavioral health center, right?

17        A     I think like Paul said it's the back of -- to the

18   behavioral health.

19        Q     Okay, so if you had wanted to you could have

20   pulled up right in front of the behavioral health center,

21   right?

22        A     If I wanted to, I mean, I could have done a lot

23   of things differently, I should have.

24        Q     You could have pulled up to the front of the

25   behavioral health center?

1                          Davalloo - Cross - People              425

2          A       Of course, yes.

3          Q       If fact there were people in front of the

4    behavioral health center that day, right?

5          A       The detective says there were, and I have no

6    reason --

7          Q       That's because there were, right?

8          A       I didn't see anybody.

9          Q       Didn't you tell Alison Carpentier that you saw

10   individuals in front of the behavioral health center?

11         A       No.  I specifically said I didn't see anybody.

12   In fact I didn't see a guard at the guard shack.  You know

13   it wasn't like usually that guard shack is closed and you

14   have to take a ticket.  But that was wide open that day.

15         Q       Well there did come a point that you did speak

16   with individuals that were in front of the behavioral health

17   center right?

18         A       Yes.

19         Q       So at least some point around that time there

20   were individuals in front of that building?

21         A       Absolutely, yes.

22         Q       The place where you stopped the car was about 150

23   to 200 feet away from those people, right?

24         A       I'm not sure, it was farther away.

Davalloo - Cross - People                426

10    Q    There came a time when you interacted with people

11   in front of the behavioral health center, right?

12    A    Yes.

13    Q    That location where those people were when you

14   did see them and the distance and the location where you --

15    A    It's farther away.

16    Q    -- you parked your car about 150 to 200 feet away

17   from the location where you ended up seeing people, right?

18    A    In terms of feet I'm not sure, but yes, it was

19   farther away.

20    Q    In other words it was harder to get help from

21   where you parked?

22    A    It was harder, yes.

23    Q    You were the one driving, not Paul, right?

24    A    That's right.

25    Q    You remember that?

```
 1                      Davalloo - Cross - People          427

 2        A      I remember driving.

 3        Q      Parking away from the building?

 4        A      I don't remember where I parked, no, but I know

 5   that --

 6        Q      Didn't you just say you took the first available

 7   parking space?

 8        A      Yeah, definitely.

 9        Q      So you do remember that?

10        A      Well I know that I didn't drive up to the

11   building and I took the first available parking space

12   because of everything that has been said.

13        Q      So there was no parking space closer to the

14   building?

15        A      There was no parking space closer to the building

16   than where we parked.

17        Q      You are sure?

18        A      As far as I can remember.

19        Q      So you don't really remember driving that

20   clearly, but you remember there were no parking spaces

21   closer to the building?

22        A      No, because I parked where the first available

23   parking space, that would make sense.

24        Q      Didn't you testify earlier that you don't

25   remember driving him to the hospital that well?
```

1

2      A      Not that well, no.

3      Q      You don't remember what happened at the hospital

4  that well?

5      A      No, no, I don't.

6      Q      But you do remember that there were no parking

7  spaces closer to the hospital than where you parked?  That

8  you remember clearly?

9      A      That -- just not that I remember that, that just

10  makes logical sense because I parked where I parked to park

11  the car.

12      Q      So it makes logical sense so you don't really

13  have any recollection of there not being parking spaces

14  closer to the building?

15      A      Well I guess you are right.

16      Q      So do you withdraw your prior statement that when

17  you said that was the first available parking space?

18      A      I guess I have to say I can't be certain that

19  that was --

20      Q      You don't know if that was -- so you don't know,

21  there might have been a parking space closer, right?

22      A      I guess you are right, yes.

23      Q      Okay.  So when you said before that that was the

24  first available parking space, that was not true?

25                   MR. BRUNDAGE:  Objection.

cmg

1

2

3

4

5

6

7

8

9

10

11     Q     So you now have a better recollection of what

12   occurred than you did a few minutes ago?

13     A     I'm sorry.  Can you --

14     Q     Do you remember testifying before that that was

15   the first available parking space?

16     A     I think I said that based on what would make

17   logical sense, yes.

18     Q     Okay?

19     A     I mean, I can't see just skipping over like a

20   hundred -- if you are suggesting a hundred parking spaces

21   and just -- I know what you are suggesting skipping over

22   like a hundred parking spaces and taking him into the

23   boonies, but I can't imagine having done that.

24     Q     You just said a few minutes ago that you parked

25   away from the building because it was the first available

```
 1                    Davalloo - Cross - People           430

 2   parking space.  Didn't you just say that a few minutes ago?

 3        A     That's based on --

 4        Q     My question is yes or no; didn't you just testify

 5   to that?

 6        A     Oh, yes, I did say that, yes.

 7        Q     Now about three or four minutes later it's your

 8   testimony that you don't remember if there were parking

 9   spaces closer to the building?

10        A     I guess I don't, you are right.

11        Q     You got out of the car before Paul did, right?

12        A     Yeah Paul couldn't get out of the car.

13        Q     You got out of the car?

14        A     Yes.

15        Q     You went over to the back seat and you opened the

16   door, right?

17        A     He testified that I did.  You know, he testified

18   that I did that.

19        Q     I'm asking you?

20        A     No, no, I can't remember, no.

21        Q     You can't remember?

22        A     No, no.

23        Q     Was, Paul bleeding all over the car, --

24        A     I don't think there was any blood in the car.

25        Q     -- right?
```

1                    Davalloo - Cross - People          431

2         A    Because they never found any blood in the car.

3         Q    There was no blood in the car, right?

4         A    They never found any blood in the car.

5         Q    But when Paul was taken to the emergency room?

6         A    When he was taken.

7         Q    You saw him first before that, right?

8         A    Right, when he was taken to the emergency room he

9    seemed all right.  He didn't seem like he was in pain.  I do

10   remember.

11        Q    I didn't ask you that?

12        A    Okay.

13        Q    You brought Paul or Paul at some point was in

14   front of the behavioral health center with other people,

15   correct?

16        A    At some point, yes.

17        Q    He was bleeding a lot at that point, right?

18        A    Yeah, for some reason at that stage he was

19   bleeding a lot, yes.

20        Q    He wasn't bleeding a lot when you were driving

21   him to the hospital?

22        A    No, no, he wasn't.

23        Q    So sometime between the time when you parked the

24   car at the hospital and the time that he received help at

25   the hospital he started bleeding a lot, right?

```
 1                    Davalloo - Cross - People        432

 2        A       That's correct.

 3        Q       That's because you stabbed him at the hospital

 4   grounds, right?

 5        A       You know, I'm not disputing that, I'm just saying

 6   I don't remember it.

 7        Q       Do you recall getting into your car again after

 8   Paul had run away from you after the struggle?

 9        A       I don't recall Paul running away from me.  I

10   don't.  I recall getting into my car to look for the

11   emergency room because I realized that was not the emergency

12   room.

13        Q       This was after the struggle that you recall

14   vaguely having with Paul, right?

15        A       Yes, after the struggle.

16        Q       Why did you get in this car at that point?

17        A       To go look for the emergency room because I went

18   around the corner and found it and came back.

19        Q       There were people in front of the behavioral

20   health center at that point right?

21        A       When I came back, yes, two individuals.

22        Q       You left Paul with those individuals and drove

23   away, right?

24        A       No.

25                    MR. BRUNDAGE:  Objection.
```

1

2

3

4

5

6

7

8      Q      When you got in your car that was before you saw

9    people in front of the behavioral health center?

10      A      That's correct.

11      Q      Where was Paul when you left him to look for the

12    emergency room?

13      A      I think he was walking towards the entrance of

14    that building.

15      Q      The behavioral health center?

16      A      The behavioral health center.

17      Q      You drove away from him, correct?

18      A      Away from him?  Yes, outside of that entire area,

19    yes.

20      Q      Right.  So you left your husband bleeding and you

21    drove away from him?

22      A      Yes.

23      Q      That was because you knew that you had just

24    stabbed him and you wanted to escape, right?

25      A      No.  I was gone for two minutes if that.

1                    Davalloo - Cross - People            434

2        Q      Now you returned and you later talked to Alison

3   Carpentier, right?

4        A      A lot later, yes.

5        Q      You told her that he got these injuries in New

6   York City, right?

7        A      That's correct.

8        Q      That was a lie, right?

9        A      That's correct.

10        Q      Then you told Alison Carpentier that you never

11   saw a knife any time that day, right?

12        A      No, no, that's not what I told her.

13        Q      Didn't you tell Alison Carpentier that he got

14   stabbed in New York City?

15        A      Oh, oh, yes, yes, I'm sorry, yes.

16        Q      You told her at the beginning of the interview --

17        A      At the beginning.

18        Q      -- that you never saw a knife any time during

19   that day?

20        A      At the beginning, that's correct.

21        Q      And that was a lie?

22        A      That was a lie, yes.

23        Q      You told Alison Carpentier that Paul must have

24   sat on something; that you never touched a knife, do you

25   remember saying that?

```
 1                    Davalloo - Cross - People          435

 2         A      I don't exactly remember those words.

 3         Q      Okay?

 4         A      But I mean, it's possible.

 5         Q      You told Dr. Tuckman that you lied to everybody,

 6    right?

 7         A      I said I had in the recent year had lied a lot I

 8    mean because of the affair, I mean.

 9         Q      You told Dr. Tuckman the exact words:  I know I

10    lied to everybody, right?

11         A      If the report says I said that, I must have said

12    that.

13         Q      I'm asking you if you said that to Dr. Tuckman?

14         A      Oh, I'm saying that I have lied a lot in the

15    recent year and I don't exactly remember the exact wording

16    of it.

17         Q      I would like to show you to refresh your

18    recollection page 6 of Dr. Tuckman's report.  If you can

19    take a moment and look at the highlighted portions.  Now

20    after looking at that do you recall telling Dr. Tuckman in

21    August that you know you lied to everybody?

22         A      I don't recall saying that, but I have lied a

23    lot, yes.

24                MR. SCHORR:  Thank you.  Nothing further,

25                your Honor.
```

1                    Davalloo - Redirect - Defense          436

2                    MR. BRUNDAGE:  Can I just see that last page?

3    REDIRECT EXAMINATION

4    BY MR. BRUNDAGE:

5        Q    Ms. Davalloo, you heard a portion of a tape that

6    Mr. Sessler taped of you.  When you were talking to him at

7    the time, did you feel any need to be honest with him?

8        A    Not at all.

9        Q    Do you feel any obligation to be honest with him?

10       A    No, it's a bad situation because we worked

11   together and I got fired from my job because of this

12   incident and you know, I could not at that time tell Nelson

13   what had transpired or what I had heard had transpired was

14   correct because it would all get back to work.  You know, I

15   was in a different frame of mind protecting my --

16

17

18

19

20

21

22

23

24

25

1                    Davalloo - Redirect - Defense        437

2

3

4

5

6

7          Q     To your knowledge was Nelson having affairs with

8     more than two people at Purdue?

9          A     Yes.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           Davalloo - Redirect - Defense        438

2

3

4

5

6

7

8

9

10

11

12       Q     Did you know Mr. Sessler to be having affairs

13  with more than yourself and Ms. Raymundo at Purdue at the

14  same time?

15       A     Not only did I know that, everybody knew that.

16       Q     Now you were asked questions about a telephone

17  call that apparently you made to Nelson's phone at

18  approximately 4:59 on March 23 and what --

19              MR. BRUNDAGE:  Withdrawn.

20       Q     You had suggested that you were calling him off.

21  Had you planned to meet with him that evening?

22       A     I think there was plans to meet, yes.  He was

23  coming back from upstate New York and wanted to stop by.

24

25

                                                    cmg

Davalloo - Redirect - Defense          439

Q      You were asked about statements you made to
Dr. Tuckman about calling Nelson.  Do you recall telling
Dr. Tuckman that you called Nelson to call him off to tell
him not to come?

A      I don't remember who I told, but I did tell
somebody that.  I have been speaking to so many people.

Q      You made a comment to Nelson in a June 13, '03
telephone call that the district attorney has offered
wherein you said:  I do everything with my heart.  First, do
you remember even making that comment?

A      No, no.  I don't even know what that means.

Q      Do you remember what the context of the
conversation was at that time?

A      Not at all, not at all.

1                        Davalloo - Redirect - Defense        440

2          Q       Did you feel obligated to be honest with Nelson

3    at that point in time?

4          A       No, absolutely not.

5          Q       Was it a comment about the acts of March 23, '03?

6          A       The acts of March 23, '03 were too vague for me

7    to even speak to Nelson about it, and he would be the last

8    person I would talk to.

9          Q       Do you know where the Rockefeller State Park is

10   on Route 117 in Pleasantville in Mount Pleasant?

11         A       Yeah, very well.

12         Q       Do you know how to get there from your home?

13         A       I do.

14         Q       Is it fair to say that it's hundreds of acres of

15   secluded state park?

16         A       At least.

17         Q       Do you know are you aware that along Bradhurst

18   Avenue that there are numerous office complexes?

19                 MR. SCHORR:  Objection leading.  This is his

20                 witness.

21                 THE COURT:  I will allow it.

22         A       Bradhurst, there is the Bradhurst building, I

23   think, and there are a lot of office complexes, yes.

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18      Q     In your conversations with Dr. Lewittes, did you

19   tell him what you remembered or what you had later learned

20   had happened?

21      A     I told Dr. Lewittes everything I knew.

22      Q     Was some of it information you had gleaned from

23   reports and other sources?

24      A     Absolutely.

25      Q     When you had conversations with the doctors at

1                          Proceedings                    442

2    the medical center, your treating doctors, the ones that the

3    district attorney quoted before, did you tell them what you

4    remembered, what you had learned or a combination of both?

5         A     Probably a combination of both.

6                    MR. BRUNDAGE:  No further questions, your

7              Honor.

8                    THE COURT:  Any recross?

9                    MR. SCHORR:  No further questions, your

10             Honor.

11                   THE COURT:  Thank you.  You may step down.

12             Okay, do you want to take --

13                   MR. BRUNDAGE:  I have as I indicated we have

14             a line up this afternoon.  I don't have another

15             witness ready right now.  Can we approach at side

16             bar on scheduling?

17                   THE COURT:  Yes.

18                   (Conference held between counsel and the

19             Court at the side-bar off the record.)

20                   MR. BRUNDAGE:  Judge, I have a witness

21             scheduled, subpoenaed for 2:00 tomorrow.  My

22             request would be we adjourn until that time.

23                   MR. SCHORR:  No objection.

24                   THE COURT:  Very good.  We will adjourn until

25             tomorrow and be back here at 2:00.

                                                        cmg

```
1                          Proceedings              443

2                  (Adjourned to February 10, 2004 at 2:00 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```